JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE HAMMONDS,<br><br>          Petitioner,<br><br>     vs.<br><br>CHARLES M. HARRISON, Warden,<br><br>          Respondent. | Case No. EDCV 05-379-ODW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: October 14, 2008

HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge